# Exhibit B

## Pablo Fernandez

| | |
|---|---|
| **From:** | Pablo Fernandez |
| **Sent:** | Thursday, April 7, 2022 12:43 PM |
| **To:** | Reissman, Ralph J |
| **Cc:** | Diane Murphy |
| **Subject:** | FW: MCGUIRE SUBPOENA |
| **Attachments:** | DOCS-#239927-v1-Subpoena_DT_to_DA_s_Office-COMPLETE.PDF |

Ralph:

Further to our telephone conversation, I am attaching a copy of the subpoena previously served upon the NC District Attorney's Office in connection with *McGuire v. Inc. Village of Hempstead, et al.*, 20-cv-2117 (JMA)(JMW). As I had indicated, discovery in this matter had been stayed pending the parties settlement discussions. In addition, this matter has now been joined with two other lawsuit against the same defendants which allege similar unlawful conduct by the defendants. *Tooher v. Inc. Village of Hempstead, et al.*, 21-cv-04268 (AMD)(JMW); *Wilke v. Inc. Village of Hempstead, et al.*, 22-cv-920 (JMA)(JMW). Accordingly, Plaintiff McGuire is renewing her request for a response to the previously served subpoena.

Below, you indicate that your client informed you that it "turn over all records to the Eastern District's Criminal Division, [who] directed the District Attorney's Office not to release any records, as the United States Attorney's criminal investigation is ongoing" as a reason for not responding to the subpoena. Aside from the fact that said statement is contradictory, this is not a basis for not responding to the subpoena. In addition, Mr. Horn has been informed by SA Elliot McGinnis that the FBI does not have an objection to your client responding to the subpoena.

Therefore, rather than engage in unnecessary motion practice, please reach out to your client to confirm that it will be responding to the subpoena. I would also suggest that you or your client contact Special Agent McGinnis, who works out of the Melville office, to confirm that there are no objections on the part of the FBI. I would ask that you provide me with a response by Monday so that we may proceed accordingly.

Finally, in accordance to Fed. R. Civ. P. 37(a)(1) and Local rule 37.3, kindly deem this correspondence Plaintiff's good faith attempt to resolve this discovery dispute.

Should you have any questions or wish to discuss any of the above further, please do not hesitate to contact me.

Regards,
Pablo



**Pablo A. Fernandez**
Senior Associate

pfernandez@rfriedmanlaw.com   www.rfriedmanlawgroup.com
T  516-355-9628    400 Garden City Plaza, Suite 500
F  516-355-9660    Garden City, NY 11530

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Charles Horn <chorn@rfriedmanlaw.com>
**Sent:** Thursday, April 7, 2022 12:06 PM
**To:** Pablo Fernandez <pfernandez@rfriedmanlaw.com>
**Subject:** FW: MCGUIRE SUBPOENA



## Charles Horn

Partner

chorn@rfriedmanlaw.com
T 516-355-9694
F 516-355-9695

www.rfriedmanlawgroup.com
400 Garden City Plaza, Suite 500
Garden City, NY 11530

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Reissman, Ralph J <RReissman@nassaucountyny.gov>
**Sent:** Thursday, September 30, 2021 4:27 PM
**To:** Charles Horn <chorn@rfriedmanlaw.com>
**Cc:** William J. Garry <WGarry@HarrisBeach.com>
**Subject:** MCGUIRE SUBPOENA

Mr. Horn, as we discussed by telephone today, in response to your subpoena for records maintained in the Nassau County District Attorney's Officer pertaining to your client Carol McGuire, I was advised today by the District Attorney's Office that the United States Attorney for the Eastern District of New York directed the District Attorney's Office to turn over all records to the Eastern District's Criminal Division, and directed the District Attorney's Office not to release any records, as the United States Attorney's criminal investigation is ongoing. Please be guided accordingly.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office

2

1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

3