# Exhibit C

# Pablo Fernandez

| | |
|---|---|
| **From:** | Reissman, Ralph J <RReissman@nassaucountyny.gov> |
| **Sent:** | Monday, April 18, 2022 10:30 AM |
| **To:** | Pablo Fernandez |
| **Subject:** | FW: McGuire |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Pablo, please see Matt Frankel's response below.

RALPH J. REISSMAN
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

-----Original Message-----
From: Matthew Frankel <Matthew.Frankel@nassauda.org>
Sent: Monday, April 11, 2022 3:58 PM
To: Reissman, Ralph J <RReissman@nassaucountyny.gov>
Cc: Tammy Smiley <Tammy.Smiley@nassauda.org>
Subject: McGuire

Ralph,

According the AUSA assigned to the case, it is remains active and she is not comfortable releasing any material. Then FBI agent that Pablo spoke to was not authorized to ok the release of documents.

And, as previously discussed, all if the material in our possession was turned over to the US Attorney. They would be in the best position to answer the subpoena at a time they deem appropriate.

Sent from my iPhone
CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.