# Exhibit D

**Pablo Fernandez**

| | |
|---|---|
| **From:** | Pablo Fernandez |
| **Sent:** | Wednesday, April 20, 2022 6:30 PM |
| **To:** | Reissman, Ralph J |
| **Subject:** | RE: McGuire |

Ralph:

Thank you for the email. I have to point out, that the below response is insufficient and does not comport with the Federal Rules. The response provides no information as to what records, if any, were turned over to the AUSA assigned to the case, nor does it provide a privilege log. Your client does not even identify the AUSA. There is no way to discern the validity of what is asserted by your client and/or discoverability of the records that were turned over and those that are presently maintained by your client. In addition, your client's assertion that it has no records in its possession is rather incredulous. The majority of the subpoena seeks electronically stored records that are (or should be) in the possession of the NC DA's Office. It is unclear how disclosure of those records will affect any criminal investigation or how identifying what was turned over to the AUSA and no longer in the possession of your client affects an ongoing criminal investigation. I must also point out that you have not provided a non-disclosure order in this case from the AUSA. In view of the foregoing, I ask that a response to the subpoena be provided with regards to records in your client's possession as well as a privileged log for any records being withheld. In terms of the records turned over to the AUSA, we would ask that at a minimum same be identified.

If you wish to discuss this matter further, please feel free to contact me.

Regards,
Pablo


Pablo A. Fernandez
Senior Associate
pfernandez@rfriedmanlaw.com
www.rfriedmanlawgroup.com
T  516-355-9628
400 Garden City Plaza, Suite 500
F  516-355-9660
Garden City, NY 11530

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

1

-----Original Message-----
From: Reissman, Ralph J <RReissman@nassaucountyny.gov>
Sent: Monday, April 18, 2022 10:30 AM
To: Pablo Fernandez <pfernandez@rfriedmanlaw.com>
Subject: FW: McGuire

Pablo, please see Matt Frankel's response below.

RALPH J. REISSMAN
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

-----Original Message-----
From: Matthew Frankel <Matthew.Frankel@nassauda.org>
Sent: Monday, April 11, 2022 3:58 PM
To: Reissman, Ralph J <RReissman@nassaucountyny.gov>
Cc: Tammy Smiley <Tammy.Smiley@nassauda.org>
Subject: McGuire

Ralph,

According the AUSA assigned to the case, it is remains active and she is not comfortable releasing any material. Then FBI agent that Pablo spoke to was not authorized to ok the release of documents.

And, as previously discussed, all if the material in our possession was turned over to the US Attorney. They would be in the best position to answer the subpoena at a time they deem appropriate.


Sent from my iPhone
CONFIDENTIALITY NOTICE: This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the attorney-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.