# Exhibit E

## Pablo Fernandez

| | |
|---|---|
| **From:** | Charles Horn |
| **Sent:** | Thursday, April 7, 2022 12:06 PM |
| **To:** | Pablo Fernandez |
| **Subject:** | FW: MCGUIRE SUBPOENA |



### Charles Horn
Partner

chorn@rfriedmanlaw.com       www.rfriedmanlawgroup.com
T 516-355-9694       400 Garden City Plaza, Suite 500
F 516-355-9695       Garden City, NY 11530

IRS Circular 230 disclosure. To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**From:** Reissman, Ralph J <RReissman@nassaucountyny.gov>
**Sent:** Thursday, September 30, 2021 4:27 PM
**To:** Charles Horn <chorn@rfriedmanlaw.com>
**Cc:** William J. Garry <WGarry@HarrisBeach.com>
**Subject:** MCGUIRE SUBPOENA

Mr. Horn, as we discussed by telephone today, in response to your subpoena for records maintained in the Nassau County District Attorney's Officer pertaining to your client Carol McGuire, I was advised today by the District Attorney's Office that the United States Attorney for the Eastern District of New York directed the District Attorney's Office to turn over all records to the Eastern District's Criminal Division, and directed the District Attorney's Office not to release any records, as the United States Attorney's criminal investigation is ongoing. Please be guided accordingly.

*RALPH J. REISSMAN*
Deputy County Attorney
Nassau County Attorney's Office
1 West Street
Mineola, NY 11501

Tel. (516) 571-3046
Fax (516) 571-3058

1