Exhibit A



DIANE MURPHY
SENIOR PARALEGAL
DIRECT TEL.: 516.355.9691
DIRECT FAX: 516.213.7779
DMURPHY@RFRIEDMANLAW.COM

April 15, 2023

**VIA FIRST-CLASS MAIL**
William J. Garry, Esq.
Daniel R. LeCours, Esq.
Harris Beach, PLLC
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

        **Re:** ***Regina Pruitte v. Village of Hempstead, et al.***
              Docket No.: 22-cv-3671; File No.: L3237

Dear Counselors:

    Please find enclosed duly executed original HIPAA authorizations for the release of Ms. Pruitte's medical records for the following entities: Hampton House, Phoenix House, Samaritan Village, Seafield Mineola, Seafield Medford, and Serendipity.

    Thank you.

                      Very truly yours,
                      **THE RUSSELL FRIEDMAN LAW GROUP, LLP**

                  By:                                                         
                      Diane Murphy

Enclosures

## Email Content

Sat 4/15/2023 2:25:00 PM

From:

To: Garry, William J., Esq. <wgarry@harrisbeach.com>;LeCours, Daniel R., Esq. <dlecours@harrisbeach.com>;Wood, Kyle, Esq. <kwood@rcgllaw.com>

CC: dmurphy@rfriedmanlaw.com

BCC:

Subject: RE: L3237_AB Pruitte, Regina v. Village of Hempstead, et al.

Message: Counselors:

Please find attached Regina Pruitte's signed and notarized Verifications for Interrogatory Responses and Amended Interrogatory Responses.
Additionally, Regina Pruitte's HIPAA authorizations with the original ink signatures are being mailed to you each via USPS, First-class mail.
Thank you -

Best regards,
Diane



**Diane Murphy**
Senior Paralegal

| | |
|---|---|
| dmurphy@rfriedmanlaw.com | www.rfriedmanlawgroup.com |
| **T** 516-355-9691 | 400 Garden City Plaza, Suite 500 |
| **F** 516-213-7779 | Garden City, NY 11530 |

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.

**Pablo Fernandez**

| | |
|---|---|
| **From:** | Diane Murphy |
| **Sent:** | Wednesday, February 15, 2023 11:30 AM |
| **To:** | Garry, Esq., William J.; La Pinta, Esq., Anthony M.; LeCours, Esq., Daniel R. |
| **Cc:** | Diane Murphy; Pablo Fernandez |
| **Subject:** | RE: L3237_AB Pruitte, Regina v. Village of Hempstead, et al. |
| **Attachments:** | L3237_AB Retainer_Authorization HIPAA The Russell Friedman Law Group, LLP Garry, Esq., William J. 02-14-2023.pdf; L3237_AB Retainer_Authorization HIPAA The Russell Friedman Law Group, LLP Garry, Esq., William J. 02-14-2023 (1).pdf |

Counselors:

Please find attached fully-executed HIPAA authorizations for Ms. Priutte's medical records.
Thank you -

Best regards,
Diane



**Diane Murphy**
Senior Paralegal

dmurphy@rfriedmanlaw.com          www.rfriedmanlawgroup.com
**T** 516-355-9691          400 Garden City Plaza, Suite 500
**F** 516-213-7779          Garden City, NY 11530

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under federal, state or local tax law or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PLEASE TAKE NOTICE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this transmission in error, please contact the sender immediately and delete the material from any computer.