# EXHIBIT A

| | |
|---|---|
| **From:** | Sarah Nadeau |
| **Sent:** | Saturday, April 4, 2020 3:18 PM |
| **To:** | Robert McHugh; Amanda Burke |
| **Cc:** | Christine Maloney |
| **Subject:** | RE: Carol McGuire |

Thanks, Amanda. I hope if there is something to find, we can get there.



**Sarah Nadeau-Balducci**
Senior Assistant District Attorney | Public Corruption Bureau
Nassau County District Attorney's Office
262 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

**From:** Robert McHugh <Robert.McHugh@nassauda.org>
**Sent:** Saturday, April 4, 2020 12:28 PM
**To:** Amanda Burke <Amanda.Burke@nassauda.org>; Sarah Nadeau <Sarah.Nadeau@nassauda.org>
**Subject:** Re: Carol McGuire

Very interesting...Josh and I were just talking about our next move with Jack...looks like Carol has provided something to look into...I have forwarded this to Josh and Christine...I'm sure on Monday there will be some conversations...STAY SAFE !!!

Get Outlook for iOS

**From:** Amanda Burke <Amanda.Burke@nassauda.org>
**Sent:** Saturday, April 4, 2020 11:52:15 AM
**To:** Robert McHugh <Robert.McHugh@nassauda.org>; Sarah Nadeau <Sarah.Nadeau@nassauda.org>
**Subject:** Carol McGuire

Hi Bobby and Sarah,
I hope that you and your families are all staying healthy.
I got a 4am text from Carol McGuire. I'm attaching screenshots.


.ıll Verizon 🛜  11:49 AM  





Carol ›

---

Text Message
Today 4:00 AM

Just so u know. Slowly but surely I'm finding out more and more.
I have so much evidence of Jack and his prostitute . Tapes. Phone records. Funny thing that she is also the weekend girl of NYC cop .
He wasn't happy wen her phone number was all over jacks phone.
Especially since he pays




prostitute . Tapes. Phone records. Funny thing that she is also the weekend girl of NYC cop .
He wasn't happy wen her phone number was all over jacks phone.
Especially since he pays for all her bills and heroin habit and Jack only pays for sex.
2 cops, one hooker, and a rape victim.
I have her on tape.
U shouldn't have dumped me.

Sent from my iPhone