# EXHIBIT
# A



# HEMPSTEAD
## *Police Department*

99 James A. Garner Way
Post Office Box 32
Hempstead, New York 11551

Telephone (516) 483-6200
Fax (516) 489-5260

PAUL JOHNSON
CHIEF OF POLICE

KEVIN COLGAN
ASSISTANT CHIEF, EXECUTIVE OFFICER

RICHARD HOLLAND
DEPUTY CHIEF, ADMINSTRATIVE OFFICER

December 3, 2020

**SPECIAL ORDER:**     #20-208

**SUBJECT:**     Administrative Leave

**EFFECTIVE:**     Immediately

Police Officer Jack Guevrekian is hereby placed on Administrative Leave until further notice.

By Order of:

Kevin Colgan
Asst. Chief

# Kevin Colgan

| | |
|---|---|
| **From:** | Kevin Colgan |
| **Sent:** | Thursday, December 3, 2020 4:59 PM |
| **To:** | 'Joshua Genn' |
| **Cc:** | 'Cherice Vanderhall' |
| **Subject:** | Rape Allegation- PO Jack Guevrekian |
| **Attachments:** | Notice of Claim - Jennilee Tooher.pdf |

December 3, 2020

Chief Investigator Joshua Genn
Nassau County District Attorney's Office
272 Old Country Road
Mineola, NY. 11501

Chief Investigator Genn,
I am forwarding the attached Notice of Claim alleging Hempstead Police Officer Jack Guevrekian engaged in forcible sexual conduct with one Jennilee Tooher. Police Officer Guevrekian has been placed on Administrative Leave effective immediately. Please do not hesitate to reach out to me regarding any subsequent investigation of the alleged incident(s)
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 James A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

--------------------------------------------------------

HPD-000666

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

-------------------------------------------------------------

HPD-000667

# Kevin Colgan

| | |
|---|---|
| **From:** | Christine Maloney <Christine.Maloney@nassauda.org> |
| **Sent:** | Tuesday, June 30, 2020 3:37 PM |
| **To:** | Kevin Colgan |
| **Cc:** | Charles Testagrossa |
| **Subject:** | PC 19-55 Closing Letter |
| **Attachments:** | Letter to HPD (19-55) (signed).docx.pdf |

Good afternoon:

Please see the attached closing letter for PC Case #19-55.

If you have any questions or issues with the attachment please let me know.

Regards,



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

HPD-000668

**MADELINE SINGAS**
DISTRICT ATTORNEY

INVESTIGATIONS DIVISION
Charles A. Testagrossa, Executive

PUBLIC CORRUPTION BUREAU
Christine M. Maloney, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

June 30, 2020

Assistant Chief Kevin Colgan
Hempstead Police Department
99 Nichols Court
Hempstead, New York 11550

> Re: Complaint regarding Officer Guevrekian
> PC #19-55

Dear Chief Colgan:

Please be advised that the District Attorney's Office has completed its investigation of the above referenced case and has determined that further action by the Public Corruption Bureau of the District Attorney's Office is unwarranted. Therefore, we are closing our file at this time and referring this matter to you for whatever administrative action you may deem appropriate.

Thank you for your courtesy and cooperation. If there are any questions, or if we can be of any assistance, please contact me at (516) 571-2100.

Very truly yours,

MADELINE SINGAS
DISTRICT ATTORNEY

By:

Christine M. Maloney
Assistant District Attorney
Chief, Public Corruption Bureau

HPD-000669

# Kevin Colgan

| | |
|---|---|
| **From:** | Jack Guevrekian |
| **Sent:** | Monday, December 9, 2019 10:16 AM |
| **To:** | Paul Johnson |
| **Cc:** | Kevin Colgan; Richard A. Holland |
| **Subject:** | Personnel folder inquiry |

Chief P Johnson,

Good morning sir , I am writing you in regards to a previous conversation involving my personnel folder and previous write ups from the past. I do have two dates that I can remember 07-15-14,09-04-14 , I do believe there is one or two more but at this time do not recall the dates, assuming it's ok with you we can discuss that in person while going over the dates I have provided. Thank you in advance for your cooperation

Sent from my iPhone

1

HPD-000672

| | |
|---|---|
| **From:** | Kevin Colgan <KevinColgan137@gmail.com> |
| **Sent:** | Friday, January 17, 2020 3:48 PM |
| **To:** | Regina Lattimore |
| **Subject:** | so 20-006 Temp Assignment - PO Guevrekian.docx |
| **Attachments:** | so 20-006 Temp Assignment - PO Guevrekian.docx |

HPD-000673

January 17, 2020

**SPECIAL ORDER:**  #20-

**SUBJECT:**        Temporary Assignment

**EFFECTIVE:**      January 20, 2020

Police Officer Jack Guevrekian, Shield #185 is hereby assigned to Squad 3, Desk Duty effective Monday, January 20, 2020 0001 hrs.

By Order Of:

Kevin Colgan
Assistant Chief

HPD-000674

# Kevin Colgan

**From:** Kevin Colgan
**Sent:** Tuesday, July 14, 2020 11:35 AM
**To:** 'Christine Maloney'
**Subject:** RE: PC 19-55 Closing Letter

ADA Maloney,
That is very disappointing. We were hoping some aspects of the investigation would assist us with a disciplinary investigation of this matter.
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

---

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

---

HPD-000675

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Wednesday, July 1, 2020 3:51 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>; Cherice Vanderhall
<cvanderhall@villageofhempsteadny.gov>; Joshua Genn <Joshua.Genn@nassauda.org>
**Subject:** RE: PC 19-55 Closing Letter

Good afternoon:

We do not have any information that we could share with the Department that would assist in the administrative
investigation.

Regards,



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

**From:** Kevin Colgan <KColgan@hempsteadpd.com>
**Sent:** Tuesday, June 30, 2020 3:49 PM
**To:** Christine Maloney <Christine.Maloney@nassauda.org>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>; Cherice Vanderhall
<cvanderhall@villageofhempsteadny.gov>
**Subject:** RE: PC 19-55 Closing Letter

ADA Maloney,
Is there any information from the investigation that you could share with the Hempstead Police that would assist us with
our Administrative Investigation?
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



HPD-000676

This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

--------------------------------------------------------

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

--------------------------------------------------------

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Tuesday, June 30, 2020 3:37 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>
**Subject:** PC 19-55 Closing Letter

Good afternoon:

Please see the attached closing letter for PC Case #19-55.

If you have any questions or issues with the attachment please let me know.

Regards,



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

HPD-000677

# Kevin Colgan

**From:** Kevin Colgan
**Sent:** Wednesday, July 1, 2020 3:52 PM
**To:** Paul Johnson (PJohnson@hempsteadpd.com)
**Subject:** FW: PC 19-55 Closing Letter

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Wednesday, July 1, 2020 3:51 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>; Cherice Vanderhall
<cvanderhall@villageofhempsteadny.gov>; Joshua Genn <Joshua.Genn@nassauda.org>
**Subject:** RE: PC 19-55 Closing Letter

Good afternoon:

We do not have any information that we could share with the Department that would assist in the administrative investigation.

Regards,

 **ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

**From:** Kevin Colgan <KColgan@hempsteadpd.com>
**Sent:** Tuesday, June 30, 2020 3:49 PM
**To:** Christine Maloney <Christine.Maloney@nassauda.org>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>; Cherice Vanderhall
<cvanderhall@villageofhempsteadny.gov>
**Subject:** RE: PC 19-55 Closing Letter

ADA Maloney,
Is there any information from the investigation that you could share with the Hempstead Police that would assist us with our Administrative Investigation?
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

1

HPD-000678

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

----------------------------------------------------------

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

----------------------------------------------------------

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Tuesday, June 30, 2020 3:37 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>
**Subject:** PC 19-55 Closing Letter

Good afternoon:

Please see the attached closing letter for PC Case #19-55.

If you have any questions or issues with the attachment please let me know.

Regards,

 **ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

| From: | Christine Maloney <Christine.Maloney@nassauda.org> |
| --- | --- |
| Sent: | Tuesday, June 30, 2020 3:58 PM |
| To: | Kevin Colgan |
| Subject: | RE: PC 19-55 Closing Letter |

Hello:

Let me discuss over here on my end and I will get back to you – hopefully tomorrow.



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

**From:** Kevin Colgan <KColgan@hempsteadpd.com>
**Sent:** Tuesday, June 30, 2020 3:49 PM
**To:** Christine Maloney <Christine.Maloney@nassauda.org>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>; Cherice Vanderhall <cvanderhall@villageofhempsteadny.gov>
**Subject:** RE: PC 19-55 Closing Letter

ADA Maloney,
Is there any information from the investigation that you could share with the Hempstead Police that would assist us with our Administrative Investigation?
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



1

HPD-000680

This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

--------------------------------------------------------

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

--------------------------------------------------------

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Tuesday, June 30, 2020 3:37 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>
**Subject:** PC 19-55 Closing Letter

Good afternoon:

Please see the attached closing letter for PC Case #19-55.

If you have any questions or issues with the attachment please let me know.

Regards,



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

HPD-000681

# Kevin Colgan

| | |
|---|---|
| **From:** | Kevin Colgan |
| **Sent:** | Tuesday, June 30, 2020 3:49 PM |
| **To:** | 'Christine Maloney' |
| **Cc:** | Charles Testagrossa; Cherice Vanderhall |
| **Subject:** | RE: PC 19-55 Closing Letter |

ADA Maloney,

Is there any information from the investigation that you could share with the Hempstead Police that would assist us with our Administrative Investigation?

Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

---

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

---

HPD-000682

# Kevin Colgan

**From:** Kevin Colgan
**Sent:** Tuesday, June 30, 2020 3:42 PM
**To:** Cherice Vanderhall; Paul Johnson (PJohnson@hempsteadpd.com)
**Subject:** FW: PC 19-55 Closing Letter
**Attachments:** Letter to HPD (19-55) (signed).docx.pdf

**From:** Christine Maloney [mailto:Christine.Maloney@nassauda.org]
**Sent:** Tuesday, June 30, 2020 3:37 PM
**To:** Kevin Colgan <KColgan@hempsteadpd.com>
**Cc:** Charles Testagrossa <Charles.Testagrossa@nassauda.org>
**Subject:** PC 19-55 Closing Letter

Good afternoon:

Please see the attached closing letter for PC Case #19-55.

If you have any questions or issues with the attachment please let me know.

Regards,



**ADA Christine Maloney**
Bureau Chief | Public Corruption Bureau
Nassau County District Attorney's Office
272 Old Country Road, Mineola, NY 11501
P. (516) 571-2100 | F. (516) 571-0319

1

HPD-000683

**MADELINE SINGAS**
DISTRICT ATTORNEY

INVESTIGATIONS DIVISION
Charles A. Testagrossa, Executive

PUBLIC CORRUPTION BUREAU
Christine M. Maloney, Chief



# OFFICE OF THE DISTRICT ATTORNEY
# NASSAU COUNTY

June 30, 2020

Assistant Chief Kevin Colgan
Hempstead Police Department
99 Nichols Court
Hempstead, New York 11550

        Re:    Complaint regarding Officer Guevrekian
               PC #19-55

Dear Chief Colgan:

Please be advised that the District Attorney's Office has completed its investigation of the above referenced case and has determined that further action by the Public Corruption Bureau of the District Attorney's Office is unwarranted. Therefore, we are closing our file at this time and referring this matter to you for whatever administrative action you may deem appropriate.

Thank you for your courtesy and cooperation. If there are any questions, or if we can be of any assistance, please contact me at (516) 571-2100.

Very truly yours,

MADELINE SINGAS
DISTRICT ATTORNEY

By: _____

Christine M. Maloney
Assistant District Attorney
Chief, Public Corruption Bureau

HPD-000684

## Kevin Colgan

**From:** Kevin Colgan
**Sent:** Monday, June 29, 2020 2:44 PM
**To:** 'charles.testagrossa@nassauda.org'
**Cc:** 'Joshua Genn'
**Subject:** Carol McGuire Complaint

ADA Testagrossa,
This is a follow up letter to request a status on the criminal complaint filed by Carol McGuire against a Hempstead Police Officer as discussed in the past. The Civil suit associated with this complaint is moving forward and we will need to address the criminal side of this as soon as possible. Please feel free to contact me at 516-478-6317 or 516-510-1639 regarding this matter.
Thank you,

*Kevin S. Colgan*
Assistant Chief of Police
Hempstead Police Department
99 Jamer A. Garner Way
Hempstead, New York 11550
Direct: (516) 478-6317
Fax: (516) 489-5260

http://villageofhempstead.org/police.asp
'Partnering for a Safer Hempstead'



This correspondence is for the named person(s) use only and may contain confidential or legally privileged information or both. If you receive this correspondence in error, please notify the sender and then immediately delete it from your system. You must not disclose, copy or rely on any part of this correspondence if you are not the intended recipient. Any views expressed in this message are those of the individual sender, except where the sender expressly, and with authority, states them to be the views of the company.

---

The information transmitted in this email and any of its attachments is intended only for the person or entity to which it is addressed and may contain information concerning Cablevision and/or its affiliates and subsidiaries that is proprietary, privileged, confidential and/or subject to copyright. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited and may be unlawful. If you received this in error, please contact the sender immediately and delete and destroy the communication and all of the attachments you have received and all copies thereof.

---

HPD-000685