# EXHIBIT
# B

# Matthew Frankel

| | |
|---|---|
| **From:** | Joshua Genn |
| **Sent:** | Friday, November 1, 2019 6:45 PM |
| **To:** | Christine Maloney |
| **Subject:** | Fwd: PO Jack Guevrekian |

Sent from my iPhone

Begin forwarded message:

> **From:** Cherice Vanderhall <cvanderhall@villageofhempsteadny.gov>
> **Date:** November 1, 2019 at 5:07:16 PM EDT
> **To:** Joshua Genn <Joshua.Genn@nassauda.org>, "gavin.shea@nassauda.org" <gavin.shea@nassauda.org>
> **Subject: PO Jack Guevrekian**

Hello Gavin and Joshua:

I hope this email finds you well. As you know we received a Notice of Claim some time ago regarding an allegation of sexual assault by an unidentified Hempstead PO. After assigning the Claim to the Village's outside counsel, Harris Beach conducted a 50H hearing on 10/10/19 and questioned the complainant, Carol McGuire.

I received the transcript on Wednesday, October 30, 2019 and immediately after review, immediately reached out to ADA Amanda Burke regarding the troubling allegations. The following day ADA Maureen McCormack responded and I shared the transcript her. Usually, and in the past, the District Attorney's office has directed the Village not to conduct any independent investigations while the same was pending in that office. Here, ADA McCormack informed me that no such direction has been given with respect to Ms. McGuire's allegations. Given the nature and seriousness of these allegations I believe it to be prudent that your office conduct any internal investigation into this matter to ensure a credible and objective process, and to avoid any perceptions employees may have about the process both within the police department and Village government.

In the interim, Chief Colgan placed the officer, Jack Guevrekian on administrative leave and has confiscated his firearm. Will you please handle this investigation and include whether there may be other complaints or incidents involving this officer? If I should share this email with the Nassau County Bureau of Internal Affairs, please advise.

Thank you,

Cherice P. Vanderhall, Esq.