# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
CAROL McGUIRE,

                         Plaintiff,

        - against - Docket No.: 20-CV-02117(JMA)(SIL)
VILLAGE OF HEMPSTEAD, VILLAGE OF HEMPSTEAD
POLICE DEPARTMENT, VILLAGE OF HEMPSTEAD
POLICE CHIEF PAUL JOHNSON, VILLAGE OF
HEMPSTEAD POLICE OFFICER JACK GUEVREKIAN,
VILLAGE OF HEMPSTEAD POLICE OFFICER JOHN
DOES #1-5, individually,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
REGINA PRUITTE,

                         Plaintiff,

        - against - Docket No.: 22-cv-3671(JMA)(JMW)
VILLAGE OF HEMPSTEAD, VILLAGE OF HEMPSTEAD
POLICE DEPARTMENT, VILLAGE OF HEMPSTEAD
POLICE CHIEF PAUL JOHNSON, individually,
VILLAGE OF HEMPSTEAD POLICE OFFICE JACK
GUEVREKIAN, individually and in his official
capacity, and VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-, individually and in
their official capacities,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
                         May 9, 2024
                         10:46 a.m.

                         400 Garden City Plaza
                         Garden City, New York

DEPOSITION of VILLAGE OF HEMPSTEAD POLICE DEPARTMENT by CHIEF EDWARD DEUTCSH, a Defendant in the above-entitled action, held at the above time and place, taken before Melissa A. LaGrasta, a Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, Subpoena and stipulations between counsel.

\* \* \* \*

A P P E A R A N C E S :

RUSSELL FRIEDMAN LAW GROUP
          Attorneys for Plaintiffs
          400 Garden City Plaza, Suite 500
          Garden City, New York 11530
BY:       PABLO FERNANDEZ, ESQ.

REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
          Attorneys for Defendant
          POLICE OFFICER JACK GUEVREKIAN,
          individually
          200 Motor Parkway, Suite C17
          Hauppauge, New York 11788

BY:       KYLE O. WOOD, ESQ.

HARRIS BEACH PLLC
          Attorneys for Defendants
          VILLAGE OF HEMPSTEAD Defendants
          333 Earle Ovington Boulevard, Suite 901
          Uniondale, New York 11553

BY:       WILLIAM GARRY, ESQ.

                *     *     *     *

DEUTCSH, E.

A    No.

Q    Do you have any role or responsibility with regard to the training of Hempstead PD personnel?

A    I'm going to ask you to elaborate when you say training.  The actual training itself?

Q    With regard to any in-service training of personnel.

A    I've been responsible to assign people to go to training.

Q    Would you be responsible for conducting any of the training?

A    No.

Q    And same question with regard to in-service training:  Would you be responsible for conducting any in-service training?

A    No.

Q    And I think you answered with regard to disciplining HPD personnel, are you responsible in any regard to that?

A    No.

Q    With regard to the disciplining of Hempstead PD personnel, whose responsibility does that fall on?

DEUTCSH, E.

A    The assistant chief.

Q    And presently who is assistant chief?

A    Derek Warner.

Q    I'm sorry.  What was the last name?

A    Warner, W-A-R-N-E-R.

Q    And in 2019, if you recall, who was the assistant chief then?

A    Richard Holland.

Q    And --

A    I stand corrected.  Richard Holland was deputy chief.  Kevin Colgan was assistant chief.  My apologies.

Q    Not a problem.

And Chief Colgan, would he have been responsible for disciplining HPD personnel back in 2019?

A    Yes.

Q    So with regard to the disciplining of personnel, what process does Hempstead PD have in place for that purpose?

A    It would be -- the question is very broad.  Discipline would be different for the scenario that's presented.

Q    So let's start with what process is --

DEUTCSH, E.

You can answer.

A    I'm not a hundred percent sure if he makes the entire determination by himself or if he involves the Village Board.

Q    Do you know whether or not Hempstead PD conducted an investigation of Jack Guevrekian with regard to allegations made by Carol McGuire?

A    Yes.

Q    And how are you aware of that?

A    Because he was placed on modified duty.

Q    And who conducted that investigation?

A    I know it was originally started by Chief Colgan.

Q    When you say it was "originally started," what do you mean by that?

A    He's the one that handled the preliminary. Where it went after that I couldn't tell you.

Q    Do you know when Hempstead PD opened up an investigation with regard to Jack Guevrekian?

A    I can tell you it was Halloween.  I don't remember what year.  October 31st.

Q    That's when the department first opened up an investigation into Jack Guevrekian and the allegations of Carol McGuire?

DEUTCSH, E.

A    I believe so.  To the best of my recollection.

Q    Okay.

And with regard to that investigation, do you know whether or not Carol McGuire was interviewed?

A    That I don't know.

Q    Do you know whether or not any individuals were interviewed?

A    That I don't know.

Q    Do you know whether or not Jack Guevrekian was interviewed?

A    That I don't know.

Q    Who would know that information?

A    The assistant chief.

Q    He is the only individual that conducts that investigation?

MR. GARRY:  Note my objection.

But you can answer over it.

He didn't testify to that.  But you can answer.

A    Can you restate the question?

Q    I'm just asking do you know whether or not he would be the only individual conducting that