# EXHIBIT
# D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Civil Action No.:  2:20-cv-02117 (JMW)
- - - - - - - - - - - - - - - - - - - - - -x
CAROL MCGUIRE,

                         Plaintiff,

        -against-
VILLAGE OF HEMPSTEAD, VILLAGE OF
HEMPSTEAD POLICE DEPARTMENT, VILLAGE OF
HEMPSTEAD POLICE CHIEF PAUL JOHNSON,
VILLAGE OF HEMPSTEAD POLICE OFFICER JACK
GUEVREKIAN, VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-5, individually and
in their official capacities,
                         Defendants.
- - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Civil Action No.:  2:22-cv-03671 (JMW)
- - - - - - - - - - - - - - - - - - - - - -x
REGINA PRUITTE,


                         Plaintiff,


        -against-


VILLAGE OF HEMPSTEAD, VILLAGE OF
HEMPSTEAD POLICE DEPARTMENT, VILLAGE OF
HEMPSTEAD POLICE CHIEF PAUL JOHNSON,
VILLAGE OF HEMPSTEAD POLICE OFFICER JACK
GUEVREKIAN, VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-5, individually and
in their official capacities,


                         Defendants.


- - - - - - - - - - - - - - - - - - - - - -x

400 Garden City Plaza

Garden City, New York

March 7, 2025

11:25 a.m.


EXAMINATION BEFORE TRIAL of PAUL JOHNSON, the Non-Party Witness in the above-entitled action, held at the above time and place, taken before MELISSA COREAS, a Notary Public of the State of New York, pursuant to NOTICE and stipulations between Counsel.

*     *     *

APPEARANCES:

    HORN WRIGHT, LLP
    Attorneys for Plaintiffs
        400 Garden City Plaza
        Suite 500
        Garden City, New York  11530

    BY:   PABLO A. FERNANDEZ, ESQ.


    HARRIS, BEACH, MURTHA, PLLC
    Attorneys for Defendants - VILLAGE OF
    HEMPSTEAD, VILLAGE OF HEMPSTEAD POLICE
    DEPARTMENT, VILLAGE OF HEMPSTEAD
    POLICE CHIEF PAUL JOHNSON AND
    NON-PARTY WITNESS - PAUL JOHNSON
        333 Earle Ovington Boulevard
        Suite 901
        Uniondale, New York  11553
    BY:   DANIEL LECOURS, ESQ.


    REYNOLDS, CARONIA, GIANELLI & LA
PINTA, P.C.
    Attorneys for Defendant - POLICE
    OFFICER JACK GUEVREKIAN
        200 Vanderbilt Motor Parkway
        Suite C-17
        Hauppauge, New York  11788

    BY:   ANTHONY LAPINTA, ESQ.




            *     *     *

DEUTCSH, E.

Q    How long was that for?

A    That was one night.

Q    Do you recall when that was?

A    I know it was July 3rd into July 4th.  I don't know what year.

Q    And I believe I asked you, and I apologize if I go over it again, do you have any knowledge of the process in place within Hempstead Police Department --

MR. FERNANDEZ:  Withdrawn.

Q    Do you have any knowledge of the hiring process within Hempstead Police Department?

A    Yes.

Q    And what process does Hempstead Police Department have in place?

A    We use Nassau County Civil Service. Nassau County Civil Service does a complete background check using the NCPD's applicant investigation division.

Q    Is any of the investigation done in-house by Hempstead PD?

A    No.

Q    Now was that the same process that was in place when Jack Guevrekian was hired, if you know?

DEUTCSH, E.

A    I don't know.

Q    Do you know when Jack Guevrekian was hired?

A    No, I don't.

Q    Do you know whether or not Hempstead Police Department does an interview of a candidate?

MR. GARRY:  From the period of time he's been involved?

MR. FERNANDEZ:  Yes.

A    Yes.

Q    Do you know whether or not that was done when Jack Guevrekian was hired?

A    I don't know.

Q    Presently what does the -- if you know, what does the investigation consist of into candidates?

A    It's a background investigation into personal finance, past relationships, any legal, civil or criminal issues, driving record, there's a psychological testing, physical fitness, drug screening.

Q    And that's the present process?

A    That's the process that I know of that's been in place since at least June of 2010.

DEUTCSH, E.

Q    You're not aware whether or not that was the process in place when Jack Guevrekian was hired?

A    No, sir.

Q    With regard to hiring from other departments, are you familiar with what the process is for that?

A    It's the same process.

Q    So a candidate transferring in from a different police department would still have to take the civil service exam?

A    Correct.

Q    Would still have to go through the investigation process?

A    Correct.

Q    Would they still have to attend the police academy?

A    No.

Q    Again, I'm just asking do you know whether or not that was the same process in place whether Jack Guevrekian was hired?

A    I don't know.

Q    With regard to transfers from other departments, if you know, if that individual is under investigation with his or her current