# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROL McGUIRE,

Docket No.: 20-CV-02117
(JMA)(SIL)

Plaintiff,

-against-

VILLAGE OF HEMPSTEAD, VILLAGE OF HEMPSTEAD
POLICE DEPARTMENT, VILLAGE OF HEMPSTEAD
POLICE CHIEF PAUL JOHNSON, VILLAGE OF
HEMPSTEAD POLICE OFFICER JACK GUEVREKIAN,
VILLAGE OF HEMPSTEAD POLICE OFFICER
JOHN DOES #1-5, individually,

**PLAINTIFF'S INITIAL
DISCLOSURES
PURSUANT TO RULE
26(a)(1)**

Defendants.
-----------------------------------------------------------------X

Pursuant to FRCP 26(a)(1), Plaintiff, CAROL McGUIRE ("McGuire" or "Plaintiff"), provides the following disclosures without waiving any rights to object to requests for discovery based upon the attorney-client privilege, work-product doctrine, or other appropriate objection. McGuire expressly reserves the right to supplement discovery information provided herein by operation of applicable law or rules, or by appropriate motion.

PLEASE TAKE NOTICE, that pursuant to FRCP 26(a)(1), McGuire, by and through her attorneys, THE RUSSELL FRIEDMAN LAW GROUP, LLP, for her Initial Disclosure Response, states as follows:

Provide that name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

1. CAROL McGUIRE
   c/o The Russell Friedman Law Group, LLP
   400 Garden City Plaza, Suite 500
   Garden City, New York 11530
   Tel: 516.355.9696

1

Information includes: full knowledge of dispute.

2. VILLAGE OF HEMPSTEAD POLICE DEPARTMENT
c/o Harris Beach, PLLC
The OMNI Building
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Tel: 516.880.8484

Upon information and belief, information includes: full knowledge of dispute.

3. VILLAGE OF HEMPSTEAD POLICE CHIEF
PAUL JOHNSON
c/o Harris Beach, PLLC
The OMNI Building
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Tel: 516.880.8484

Upon information and belief, information includes: full knowledge of dispute.

4. VILLAGE OF HEMPSTEAD POLICE OFFICER
JACK GUEVREKIAN
c/o Reynold, Caronia, Gianelli, & La Pinta, P.C.
200 Vanderbilt Motor Parkway, C-17
Hauppauge, New York 11788
Tel: 631.231.1199

Upon information and belief, information includes: full knowledge of dispute.

5. VILLAGE OF HEMPSTEAD POLICE OFFICER
JOHN DOES #1-5, individually
c/o Harris Beach, PLLC
The OMNI Building
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553
Tel: 516.880.8484

Upon information and belief, information includes: full knowledge of dispute.

DM/D235985/FL2818

A.    Provide a copy of, or a description by category and location, of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment

    1.    Financial records are a category of documents known to McGuire, at this time, which may contain information, which she might use to support her claims.

        i.    CAROL McGUIRE
c/o The Russell Friedman Law Group, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: 516.355.9696

    2.    Medical records are a category of documents known to McGuire, at this time, which contain information, which may be used to support her claims.

        i.    CAROL McGUIRE
c/o The Russell Friedman Law Group, LLP
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: 516.355.9696

B.    Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34, the documents or other evidentiary materials, not privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

    1.    For each Count under the Complaint, McGuire has been damaged in the amount of Ten Million Dollars ($10,000,000.00), plus punitive damages and attorney's fees.

C.    Provide for inspection and copying, as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    1.    At the present time, McGuire is unaware of any insurance agreements that should be disclosed pursuant to FRCP Rule 26(a)(1)(A)(iv).

These disclosures may not contain all possible relevant information and will be periodically supplemented. Moreover, these disclosures are not intended to include all relevant witnesses and information that McGuire may obtain in the course of developing and investigating the claims alleged in this action or the defenses thereto. McGuire expressly and specifically reserves the right

to supplement each section of this Rule 26(a)(1) Initial Disclosure with further information as this matter progresses, and as any applicable rules or court orders require.

Dated: Garden City, New York
      March 8, 2021

                                **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
                                *Attorneys for Plaintiff, Carol McGuire*

By:     */S/Christopher M. Arzberger*
           Christopher M. Arzberger
           400 Garden City Plaza, Suite 500
           Garden City, New York 11530
           Tel: 516.355.9696

DM/D235985/FL2818

STATE OF NEW YORK ⟩
⟩ ss.:
COUNTY OF NASSAU ⟩

DIANE MURPHY, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On March 8, 2021, deponent served the attached

# PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)(1)

upon the following person(s) herein at the following address(s), by depositing true copies of same enclosed in properly addressed, post-paid wrapper(s), by first-class mail in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to:

William S. Garry, Esq.
HARRIS BEACH PLLC
The OMNI Building
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553

Anthony M. La Pinta, Esq.
REYNOLDS, CARONIA, GIANELLI, & LA PINTA P.C.
200 Vanderbilt Motor Parkway, C-17
Hauppauge, New York 11788

DIANE MURPHY

Sworn to before me this
8th day of March, 2021.

NOTARY PUBLIC

DANIEL SCOTT HALLAK
Notary Public, State of New York
No. 02HA6246729
Qualified in Nassau County
Commission Expires: 08/29/20_23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CAROL McGUIRE,

Plaintiff,

-against-

VILLAGE OF HEMPSTEAD, VILLAGE OF HEMPSTEAD POLICE DEPARTMENT, VILLAGE OF HEMPSTEAD POLICE CHIEF PAUL JOHNSON, VILLAGE OF HEMPSTEAD POLICE OFFICER JACK GUEVREKIAN, and VILLAGE OF HEMPSTEAD POLICE OFFICER JOHN DOES #1-5, individually,

Defendants.

# PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

**THE RUSSELL FRIEDMAN LAW GROUP, LLP**
*Attorneys for Plaintiff, Carol McGuire*
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Ph: 516.355.9696