# EXHIBIT B

# Institute for Rational Counseling

*30 Floyd Run*
*Bohemia, New York 11716*
*Phone: 631-567-7760 / Fax: 631-567-5172*

**Joseph A. Stassi, PD, R-CSW**
  **Executive Director**

*Diplomate:*
*American Board of Examiners*
  *in Clinical Social Work*
*National Association*
  *of Forensic Counselors*
*National Board of*
  *Cognitive Behavioral Therapists*
*Fellow, Society of Clinical Social Work*
  *Psychotherapists*
*Member, Academy of Family Mediators*
*Member, International Critical*
  *Incident Stress Foundation*
*Certified Clinical Psychopathologist*
*Master Addictions Counselor*
*Certified Domestic Violence Counselor III*
*Certified Cognitive Behavioral Therapist*
*International Association of*
  *Addictions and Offenders Counselors*

**Institute Staff:**
Bhaskar C. Nayak, MD
Richard Dackow, Ph. D.
Krishna Gujavarty, MD
Gary Kerr, A/R-CSW
Geraldine Muscarnere, R-CSW
Richard Schofield, MS
JoAnn Tavano, MS, Psy. D. (c)



Da Vinci 1500

*Established 1983*

December 6, 2004

Chief Russo
Hempstead Police Department
99 Nichols Court
Hempstead, NY  11550

RE:  Jack Guevrekian

Dear Chief Russo:

As you know Police Officer Guevrekian was referred to the Institute for evaluation situational to a complaint of misconduct. We completed an evaluation on PO Guevrekian. Unfortunately, not having the full details of the incident we proceeded with the evaluation anyway. This is not standard protocol in this type of matter. However, PO Guevrekian was administered objective testing and was the subject of two interviews. Our findings, which are supported by the objective testing, are that PO Guevrekian is free of any psychological or psychiatric problems at this point in time. He is free of any homicidal or suicidal ideation. Judgment and integrity appear to be within high average limits. It is our opinion that the behavior elicited during the incident, which brought PO Guevrekian to your attention, can be characterized at worst as a lapse in judgment. Furthermore, it is our recommendation that Officer Guevrekian be given additional supervision as you deem fit over the next two months. However, we find that he is fit for duty. If you have any questions, please feel free to contact us.

Respectfully,

Joseph A. Stassi, LCSW, BCD
Executive Director

JAS/vjs

HPD-000021