# EXHIBIT C

TOPIC: CAROL MCGUIRE

DATE: 6-6-19

FILE UNDER: ADA BURKE, ADA NADEAU, INV. MALOY, INV. MCHUGH

PAGE: 1535 HRS.

---

*[left margin notes]* STOP + SHOP BY HOME DEPOT → TRAVELED SOK. ONLY

WENT TO STOP + SHOP - PARKED CAR BY ATLANTIC + TERRACE
P/U BY TERRACE - DOOR BETWEEN JACKSON DR. + MAIN DR.

*[left margin]* RT HAND TURN? ONLY OUT

DROVE DOWN FULTON TO OFFERDINE + WENT BACK
BEHIND BLDGS BY THE TRUCKS - THEY WERE ALWAYS
THERE.
JADE SAID AH FUCK THAT COP. - SLEWS IN F/O
ME + DAN. SHE KNEW THE CAR.

*[left margin]* TANK TOP - WITH BLUE WORDS - SHIRT W/ PRAYERS - OVER IT - PANTS PROBABLY JEANS

PROBABLY RAN TO 139 TERRACE -
I WAS THERE FOR A MOTHER DAY DINNER.
BBS.

*[left margin, circled]* HE HAD BRACES ? JESSIE ???

CAR PULLED UP WINDOW WENT DOWN
HE SAID CAROLINE - COME HERE -
HE SAID U KNEW WHO I AM. I STARTED
TO BABBLE + WALK - HE SAID COME HERE
I WENT TO TALK TO XM - I DIDN'T KNOW
WHAT TO DO. HE SAID COME W/ YOU CAN
GET IN OR I CAN TAKE YOU IN IN
CUFFS.
SEDAN. I GOT IN    I DON'T
REMEMBER WHAT COLOR THE CAR WAS
OR ANYTHING ABOUT IT.
I DIDN'T KNOW WHAT HE WOULD DO. I DIDN'T
THINK HE'D DO WHAT HE DID.

I KNEW I SHOULD HAVE WENT TO THE HOSPITAL -
WHAT HE DID WAS NOT RIGHT. I SAT IN A PARKING
LOT FOR A FEW HOURS. IT WAS RAINING. AFTER A WHILE
I LEFT.
                                          IN PARKING LOT

*[left margin]* I WAS OUTTERING CUS I WAS NIGHT.

HE DIDN'T SAY MUCH - ONLY - "THIS HAS BEEN
A LONG TIME COMING. I'VE BEEN WAITING TO DO THIS
TO U FOR 3 YEARS. SINCE I SAW IN WALKING DOWN
THE BLOCK IN THOSE BLACK BOOTS". SO U CLEANING GUYS?
THEN NO MORE TALKING.

HE PULLED UP ON ME 1X BEFORE HE WAS DRIVING - HE
HAD BRACES. HE SAID CMON GET IN THE CAR



**TOPIC:** MORNING + EARLY AFTERNOON  **DATE:**

**FILE UNDER:** COOKING DINNER  **PAGE:**

He urged to face north I told him we'd go to my house — I gave him the wrong address and I ran.

DO I TURN — NOT RUN — FUCK IT THIS IS BETTER THAN JAIL.

He had a house back with his mom.

INCIDENT: unzips his pants I give him a blow job. Stopped pushed me off — got out of the car + opens my door — stand up — pulled my pants down + pushed my face into the seat he did the worst thing that he could do. I was in pain he was hurting me I just wanted it to be over.

When he finishes he got back in the car. I got back in the car — he said don't let me see you on TV cameras.

I told him my car was parked on Atlantic he told me to keep my mouth shut — I don't want to hear nothing about nothing

He left me off on Houston + Jackson. He turns right on Hilton turns Fulton. He drives down Milford from Atlantic.

MANY YEARS AGO cops in CI asked me for sex. I would run — never out here.

only other cop I heard about was Sabino — he would ask how much you charge + he would take girls in his car to the golf course. I rode with him once in his car.

**He's arrested me twice already I left I left my out I just did my probation + was arrested that night.**

**I didn't recognize it as + police — maybe he was a victim. 3-3-201 18th transit mandard**

**I ARREST:**
I was standing in f/o the 50 bldg. I was talking to some people Jake + his partner walked up run my name + found warrant. the girl I was with had a warrant also. she needs rt credit bus arrested me.

**2nd ARREST** — he took me stuff from his house. He told a police dept. stay I surrender he gave chain + gave away — took off morus card at new world columbia at new w me rattles Jake saw me Naasho me out + Naasho me on the car Maple Arthur cop gave me out was arrested. was I cried night in jail

TOPIC: GAYLE BANKS

DATE: 6-15-19

FILE UNDER:

LASHONDA HOWARD

ASKED ABOUT ADULTS ON MONSTER - DIDN'T KNOW OF IT
I KNEW WHAT YOU'R TALKING ABOUT

WHEN HE GOT SHOT HE HAS PAINS

KNEWS CAROL - SGT RIPLEY
TLD ME ABOUT IT
CAME CRYING - TURNED HER
ON HER BACK - PSHS HER OSE HER FACE
TOLD HER HE WAS A COP + SGT HELP ON IT BACK
MONTH AGO MAY 1
NOT SURE OF ANY ☐ RANK

SHE WAS SO SCARED THAT
NO ONE WAS BEHIND HER
NO CONDOM -

SHE SAW HIS FACE - WHITE COP -

ALOT OF OOPS COME UP HER - HELLY -

SYBIL - INGRAM -





Telephonic Cooke Place, NY

1/1
6/19/19

5:37PM Patrick Cooke.

Cooke advised that in regards to Jack Gweroshian. A few years ago, 3 to 4 years ago, after he came back to work from the car accident, something didn't feel right in his mouth or jaw so he had to have something done to the jaw and then had it wired shut for a while until it set. Cooke remembered this because of the earlier conversation of braces & he remembered for a while Jack had to drink shakes and that's what made him recall his jaw being wired shut for a while.

5:42P Detective Gavin P Shea

NC DAO  In person 272 Old Country Rd  1/1

Patrick Cooke                                    6/19/19

10:24  Jock Guevehian - completely fucking crazy -
bad car accident 7 years ago - bad head trauma
assigned to CPOP - He has a dark side to
him. He's been known to have relationships
- extra marital affair ~~from~~ w/ a woman in
Post 4. Pat Mazza would know more about
him. Not aware of him having braces. Only
saw him when he come to range to train.
Had a flash back at range & he has a switch
that doesn't go off. Had problems before
the accident but is worse after the
accident. Post 4 North of Fulton & East
of Washington. NYPD at 9/11 - he's fucked
up. You can see there's something shady about
him. He got jammed up - re a complaint on
him. Some substance was found - in investigation
by chiefs. He's been a problem since he's been
on. Partnered w/ Eugene Este. Partnered
w/ Buccelato before that until his promotion.
Lives out east - w/ family - married w/
at least one daughter - lives in suffolk
somewhere. The complaint may have been
related to the woman on post 4. Larkin
at the range is close w/ Guevehian. Mazza
has storys about him. Nickname is Jock the
Wacko". Mazza will know. Este may retire since Dipon?
~~they don't want cops back to patrol.~~
10:35P  Det. Lisa  Jiun & She

(left margin, vertical): Buccellato? Guevehian take
Trips & are close buddies together

(right margin): LDenny

| TOPIC: CAROL MCGUIRE    1130 | DATE: 8-6-19 |
|---|---|
| FILE UNDER: | PAGE: |

"8 AM FRIDAY"

510 - TB
HAN 15½
511 -

GOT TO HEMPSTEAD EARLY — - FRIENDS BDAY 10TH - SYBES BDAY
WE HUNG OUT - 139 TERRACE GAYLES HOUSE -
WE DRANK FOR HER BIRTHDAY — HAPPENS 11 15TH IN THE MORNING.

← GOT HOME MOTHERS DAY NIGHT IN FREEPORT →

SLEPT BUT DON'T KNOW WERE - NOT GAYLES   MAYBE IN
MY CAR.

MISTY - MOMMY DAY -   SAT IN ADVANCED AUTO PARTS
PARKING LOT FOR HOURS -
SAT IN AUTO PARTS STORE — CORNER OF FRONT ST. —
ETHICS FELIS — 516 989 - 8357 — TONY BAILEY

MET TONY AT VALLEY - DREEBEY ST - HAS A
WHITE NISSAN ROGUE - BY BYD STORE. GAVE
ME 50-60 DOLLARS - AFTER INCIDENT - PRETTY
SURE.

TONY BAILEY - VALLEY STREAM - 5-6 YEARS - KNEW HER.
14
ORLENS
RDS
MAY-2019 = MOTHERS DAY WEEKEND ↗ SHE NEEDS $
FOR A MOTHERS DAY DINNER AT SUEGRES HOUSE
DAY AFTER MOTHERS DAY SHE CALLED WAS VERY
UPSET. RADIO ON TO HER EARLY IN AM → 2 or 3 W'S.
DAY AFTER M.D. SHE SAID SHE NEEDS TO TELL ME
SOMETHING - NOT ALL PHONE -
✱   I MET HER SHE SAID SHE WAS RAPED
VERY UPSET, CRYING, SHAKING. SHE SAID SHE
COULDN'T GET INTO IT BECAUSE OF WHO.
THE PERSON WAS - SHE LATER TOLD ME LATER
✱   WHO IT WAS - A DAY OR TWO LATER - SAID IT
WAS A HEMPSTEAD POLICE OFFICER: NAME
JACK OR JOHN - CAR HAD BLACKED OUT
WINDOWS - DARK COLORED CAR AT NIGHT
TOOK HER TO A PARKING LOT BEHIND WELLS FARGO BANK
MADE HER GET OUT OF THE CAR

FX2-476

TOPIC:

DATE:

FILE UNDER:

PAGE:

spoke to Tommy Dip Before anyone

Toms Dipos — Lyndhurst.

