# EXHIBIT D

# CCRB NYPD Officer History

Officer History as of 03/21/2023

Status: Inactive
Tax No: 922462
Shield: 30432

Officer Name: Guevrekian, Jack
Rank: Police Officer
Command: PSA 3

Total Complaints: 1
Substantiated Complaints: 0

| Complaint | Incident Date | FADO Type | Allegation | Board Allegation Disposition | Board Officer Discipline Recommendation* | NYPD Allegation Disposition | NYPD Officer Penalty |
|---|---|---|---|---|---|---|---|
| 200206015 | 08/28/2002 | Abuse of Authority | Gun Drawn | Miscellaneous - Subject Resigned | | | |
| | | Abuse of Authority | Refusal to provide name/shield number | Miscellaneous - Subject Resigned | | | |
| | | Abuse of Authority | Threat of force (verbal or physical) | Miscellaneous - Subject Resigned | | | |
| | | Discourtesy | Word | Miscellaneous - Subject Resigned | | | |

*Board Officer Discipline Recommendations were not issued for complaints closed prior to the CCRB's adoption of the NYPD's Disciplinary Matrix on 03/15/2021. With the adoption of the NYPD Disciplinary Matrix, CCRB now issues a Board Discipline Recommendation for officers that is separate and apart from the disposition of the allegations substantiated against the officer.
**Complaints closed after February 2023 use the term "Within NYPD Guidelines." Complaints closed prior to February 2023 use the term "Exonerated." There is no substantive or legal difference between "Within NYPD Guidelines" and "Exonerated."
***Complaints closed after February 2023 use the term "Unable to Determine." Complaints closed prior to February 2023 use the term "Unsubstantiated." There is no substantive or legal difference between "Unable to Determine" and "Unsubstantiated."