## MEMORANDUM OF INTERVIEW

In re: ▮▮▮▮▮▮

Date: June 6, 2019

Location: 114 Old Country Road
Mineola, N.Y. 11501

Present: Carol McGuire
Amanda Burke, Assistant District Attorney
Sarah Nadeau, Assistant District Attorney
Robert A. McHugh, Investigator
Edward Maley, Investigator







Robert A. McHugh
Investigator