

October 17, 2025

**VIA NYSCEF**

Hon. James M. Wicks
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**WILLIAM J. GARRY**
MEMBER
DIRECT:  516.880.8490
FAX:      516.880.8483
WGARRY@HARRISBEACHMURTHA.COM

Re: *McGuire v. Inc. Village Hempstead, et al.* – Case No. 20-cv-02117 (JMA)(JMW)
*Pruitte v. Inc. Village of Hempstead, et al.* – Case No. 22-cv-03671 (JMA)(JMW)

Dear Judge Wicks:

Our office represents the Defendants, Village of Hempstead, Village of Hempstead Police Department and Village of Hempstead Police Chief Paul Johnson (the "Village Defendants"). Please accept this letter jointly on behalf of the parties in response to this Court's minute order issued earlier today regarding the potential for remote testimony of Paul Johnson at trial.

The preference of all parties is for former Chief Paul Johnson to testify in person at trial.

However, if the trial will begin on October 22, 2025, the Village Defendants' position is that Chief Johnson should be permitted to testify via remote means from Thailand, where he will be located on October 24, 2025, because the Village Defendants would be prejudiced without Chief Johnson's trial testimony. Plaintiffs oppose the Village Defendants' application on the basis that they would be prejudiced and inhibited in their examination of Chief Johnson if he were to testify via remote means. Defendant Guevrekian takes no position regarding this issue.

The trial subpoena, attached hereto, was served upon the Village Defendants via email on October 13, 2025, which service the Village Defendants acknowledge.

The Village Defendants have confirmed that it would be legal for Chief Johnson to testify via remote means from Thailand.

Respectfully submitted,

*/s/ William J. Garry*

By: William J. Garry, Esq.

WJG:drl

cc: Counsel of Record *(via NYSCEF)*

311608\4908-6791-7428\.v1