

February 4, 2026

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

WILLIAM J. GARRY
MEMBER
DIRECT:  516.880.8490
FAX:  516.880.8483
WGARRY@HARRISBEACHMURTHA.COM

**VIA NYSCEF**

Hon. James M. Wicks
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 1120l

Re:  *McGuire v. Inc. Village Hempstead, et al.* – Case No. 20-cv-02117 (JMA)(JMW)

Dear Judge Wicks:

Our office represents the Defendants, Village of Hempstead, Village of Hempstead Police Department and Village of Hempstead Police Chief Paul Johnson (the "Village Defendants").  On February 2, 2026, the Village Defendants and Plaintiff Carol McGuire reached a settlement of all the Plaintiff's claims against the Village Defendants as set forth in the Amended Complaint dated January 11, 2021 (Docket No. 24).

Based upon the settlement reached between the Village Defendants and Plaintiff, Carol McGuire, and in accordance with the Court's recent instructions, the Village Defendants respectfully move and request that the Court issue an Order amending the caption by removing the names of the Village Defendants and severing without prejudice the Village Defendants' crossclaims against the Co-Defendant, Jack Guevrekian as set forth in the Village Defendants' Amended Answer dated February 3, 2021 (Docket No. 34).

The Village Defendants respectfully submit the attached Proposed Order removing the names of the Village Defendants and severing without prejudice its crossclaims against the Co-Defendant, Jack Guevrekian for the Court's consideration.  No previous application has been made for the relief requested herein.

Thank you.

Respectfully submitted,

*/s/ William J. Garry*

By:  William J. Garry, Esq.

WJG:ya
Encl.

cc:  Counsel of Record *(via NYSCEF)*