UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X  Case No.: 2:20-cv-02117 (JMW)

CAROL MCGUIRE,

                Plaintiff,

-against –                                          **PROPOSED ORDER**

VILLAGE OF HEMPSTEAD, VILLAGE OF
HEMPSTEAD POLICE DEPARTMENT and VILLAGE
OF HEMPSTEAD POLICE CHIEF PAUL JOHNSON,
VILLAGE OF HEMPSTEAD POLICE OFFICER JACK
GUEVREKIAN, VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-5, individually,

                Defendants.

---------------------------------------------------------------------X

      At the Pre-Trial Conference been held on February 3, 2026, counsel for the Plaintiff, Carol McGuire and counsel for Defendants, Village of Hempstead, Village of Hempstead Police Department and Village of Hempstead Police Chief Paul Johnson (hereinafter "Village Defendants") advised the Court that the parties have reached a settlement of the Plaintiff's claims as set in the Plaintiff's Amended Complaint dated January 11, 2021 (Docket No. 24) against the Village Defendants.

      NOW, upon the application of William J. Garry, Esq., of Harris Beach Murtha Cullina PLLC, counsel for the Village Defendants to amend the caption to remove the names of the Village Defendants and to sever the Village Defendants' crossclaims against the Co-Defendant, Jack Guevrekian as set forth in its Amended Answer dated February 3, 2021 (Docket No. 34), it is hereby

      ORDERED, that the above caption is hereby amended by removing the names of the Village Defendants, and it is further

      ORDERED, that the crossclaims of the Village Defendants set forth against the Co-Defendant, Jack Guevrekian in its Amended Answer dated February 3, 2021 (Docket No. 34) is hereby severed without prejudice and without costs.

Dated: _____

                                                                            **SO ORDERED**

                                                            _____

                                                            HON. JAMES M. WICKS, U.S.M.J.