

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9628
Direct Fax: 516.213.9660
paf@hornwright.com

**Pablo A. Fernandez**
Partner

February 6, 2026

**VIA ECF ONLY**
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re.:    *McGuire v. Inc. Village of Hempstead*
               2:20-cv-02117 (NJC)(JMW)
               *Pruitte v. Inc. Village of Hempstead*
               2:22-cv-03671 (NJC)(JMW)

Dear Judge Wicks:

      Horn Wright, LLP represents Plaintiffs Carol McGuire and Regina Pruitte ("Plaintiffs") in connection with the above-referenced matters. The present submission is jointly made with Defendant Guevrekian.

      I write to advise the Court that the Plaintiffs and Defendant Guevrekian will not be proceeding to trial and would respectfully request that the matters be marked off the trial calendar at this time.

      It is further respectfully requested that the above-referenced matters remain on the Court's docket until the administrative approvals are obtained by Village Defendants or in the alternative that the referenced matters be administratively closed pending those approvals.

      The undersigned and Mr. LaPinta can be available for a telephone conference should the Court require or have any questions.

      Thanking the Court for its time and consideration, I remain

                                 Respectfully,
                                 **HORN WRIGHT, LLP**

          By:      */S Pablo A. Fernandez*
                       Pablo A. Fernandez

cc:    All Parties (Via ECF Only)