UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CAROL McGUIRE,

                                        Plaintiff,

                    -against-

VILLAGE OF HEMPSTEAD, VILLAGE OF
HEMPSTEAD POLICE DEPARTMENT, VILLAGE OF
HEMPSTEAD POLICE CHIEF PAUL JOHNSON,
VILLAGE OF HEMPSTEAD POLICE OFFICER JACK
GUEVREKIAN, VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-5, individually,

                                        Defendants.
-------------------------------------------------------------------------X

**2:20-cv-02117 (JMW)**


**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for the parties set forth below, that whereas no party hereto is an infant or

incompetent person for whom a committee has been appointed and no person not a party has an interest

in the subject matter of the action, the above entitled action is hereby discontinued with prejudice

against Defendant, VILLAGE OF HEMPSTEAD POLICE OFFICER JACK GUEVREKIAN,

without costs to either party as against the other. This stipulation may be filed without further notice

with the Clerk of the Court.

Dated: Hauppauge, New York
           June 8, 2026

_____
**HORN WRIGHT, LLP**
By: Pablo A. Fernandez, Esq.
Attorneys for Plaintiff
400 Garden City Plaza, Suite 500
Garden City, New York 11530
(516) 714-5975

_____
**LA PINTA, LESKO & MISKIEWICZ, P.C.**
By: Anthony M. La Pinta, Esq.
Attorneys for Defendant *Jack Guevrekian*
200 Vanderbilt Motor Parkway, Suite C-17
Hauppauge, New York 11788
(631) 231-1199